# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. 2:24-cr-7-BWC |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| JAMES E. JOHNSON | ) | O.C.G.A. § 40-5-121 |
| | ) | Driving While License Suspended |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
*Driving While License Suspended*
O.C.G.A. § 40-5-121

On or about February 13, 2024, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Naval Submarine Base Kings Bay,

**JAMES E. JOHNSON**

did knowingly and unlawfully drive a motor vehicle on a public highway at a time when his privilege to do so was suspended, disqualified, and revoked, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-5-121.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Kaitlyn O. LaPrade*

Kaitlyn O. LaPrade
Special Assistant United States Attorney
CT Bar No. 441094